UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVEED RAHMANI,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Case No.  25-cv-08996-SK

**ORDER TO SHOW CAUSE**

On February 5, 2026, Defendants Kristi Noem, Joseph B. Edlow, and Pam Bondi (collectively, "Defendants") moved to dismiss Plaintiff Naveed Rahmani's ("Plaintiff") complaint. (Dkt. No. 12.)  Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's responses were due by February 19, 2026.  To date, Plaintiff has not yet filed an opposition brief. Accordingly, Plaintiff IS HEREBY ORDERED TO SHOW CAUSE in writing by no later than March 16, 2026 why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant Defendants' motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so demonstrating good cause for his failure to comply with the deadline required by the Local Rules. Plaintiff must submit his proposed opposition brief along with the request.  If Plaintiff fails to file a response to this Order to Show Cause ("OSC"), along with his proposed opposition to the motions to dismiss by March 16, 2026 the Court will grant Defendants' motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

/ / /

/ / /

/ / /

/ / /

The Court VACATES the hearing on the motion to dismiss currently scheduled for March 16, 2026.  If Plaintiff demonstrates good cause for his delay and seeks to oppose the motion to dismiss, the Court will provide Defendants with an opportunity to file its reply and will reset the hearing on the motion to dismiss.

**IT IS SO ORDERED**.

Dated: March 2, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2