UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVEED RAHMANI,

          Plaintiff,

     v.

KRISTI NOEM, et al.,

          Defendants.

Case No.  25-cv-08996-SK

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

Regarding Docket Nos. 12, 13

Plaintiff Naveed Rahmani, who is represented by counsel, filed this action on October 19, 2025.  (Dkt. No. 1.)  All parties consented to the jurisdiction of the undersigned.  (Dkt. Nos. 7, 9.)  Defendants filed a motion to dismiss Plaintiff's complaint on February 5, 2026.  (Dkt. No. 12.)  Plaintiff did not file an opposition to Defendants' motion to dismiss by the February 19, 2026 deadline.

Due to Plaintiff's failure to oppose Defendants' motion, the Court issued an order to show cause ("OSC") warning Plaintiff that failure to file a response to the Court's OSC by March 16, 2026 could result in the Court granting Defendants' motion as unopposed or dismissal of Plaintiff's claims failure to prosecute.  (Dkt. No. 13, p. 1.)

As of March 17, 2026, Plaintiff has not filed an opposition to the motion to dismiss or a response to the Court's OSC.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute for the reasons set forth below.

Federal Rule of Civil Procedure 41(b) permits a district court to *sua sponte* dismiss an action for failure to prosecute or comply with a court order.  *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).  "In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, [a] court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to

manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (citation omitted).

The Court concludes that four of the five factors weigh in favor of dismissal. The first two factors—the public interest in expeditious resolution of litigation and the Court's need to manage its docket—relate to the "efficient administration of judicial business for the benefit of all litigants with cases pending." *Nealey v. Transportacion Maritima Mexicana, S.A.*, 662 F.2d 1275, 1279 (9th Cir. 1980). Here, Plaintiff has not filed an opposition to Defendants' motion to dismiss or a response to the Court's OSC, despite being given ample time to do so. Plaintiff failed to meet its February 19, 2026 deadline to file an opposition to Defendants' motion to dismiss and its March 16, 2026 deadline to file a response to the Court's OSC. Such non-compliance has delayed litigation, *Yourish v. California Amplifier*, 191 F.3d 983, 991 (9th Cir. 1999), and "consumed some of the [C]ourt's time that could have been devoted to other cases on the docket." *Pagtalunan*, 291 F.3d at 642.

As to the third factor—delay is presumed to prejudice defendants, but the plaintiff may rebut that presumption by presenting a non-frivolous excuse for delay. *In re Eisen*, 31 F.3d 1447, 1452-53 (9th Cir. 1994). Plaintiff has not come forward with any excuse for his untimeliness, despite the Court's request for such information.

The fourth factor likewise favors dismissal. The Court has an "obligation to warn the plaintiff that dismissal is imminent." *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992) (citations omitted). The Court warned Plaintiff that dismissal was imminent in its OSC, and Plaintiff nevertheless failed to respond. Finally, the fifth factor, which favors disposition on the merits, by definition weighs against dismissal. *Pagtalunan*, 291 F.3d at 643.

In sum, because four of the five factors weigh in favor of dismissal, the Court concludes that dismissal of this action for failure to prosecute is warranted. S*ee Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (dismissal is appropriate "where at least four factors support dismissal . . . or where at least three factors 'strongly' support dismissal") (internal quotation marks and citations omitted).

/ / /

2

For the foregoing reasons, the Court DISMISSES this action WITHOUT PREJUDICE. Defendants' motion to dismiss is DENIED AS MOOT. The order to show cause is HEREBY DISCHARGED. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: March 17, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California